Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan

Case No.: **08–60667–wsd**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Teconda Washington
   16878 Lilac Street
   Detroit, MI 48221

Social Security No.:
   xxx–xx–4009

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that on **12/10/09** , an order dismissing the above entitled case was entered. Accordingly, the automatic stay is lifted.

Dated: 12/10/09

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT